1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   MARILYN KLINGER  Bar No. 83508
2  JANET R NALBANDYAN  Bar No. 235154
   801 South Figueroa Street, 19th Floor
3  Los Angeles, California 90017-5556
   Telephone:  (213) 426-6900
4  Facsimile:  (213) 426-6921
   Email:      marilyn.klinger@sdma.com
5              janet.nalbandyan@sdma.com

6  Attorneys for Plaintiff
   QUANTA INDEMNITY COMPANY
7
   PETER OBSTLER Bar No. 171623
8  BRIAN METCALF Bar No. 205809
9  Embarcadero Center West
   275 Battery Street
10 San Francisco, California 94111-3305
11 Telephone: (415) 984-8700
   Facsimile: (415) 984-8701
12 Email:      pobstler@omm.com
13             bmetcalf@omm.com

14             UNITED STATES DISTRICT COURT

15        CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

16

17 | QUANTA INDEMNITY | CASE NO. SACV08-00081 DOC (ANx)
   | COMPANY, a Colorado |
18 | corporation, | [Assigned for All Purposes to Hon. David O. Carter]
19 |     Plaintiff, |
                     | **ORDER RE: STIPULATION FOR**
20 |     v. | **PROTECTIVE ORDER PURSUANT**
           | **TO FEDERAL RULES OF CIVIL**
21 | DENCITY, INC., formerly known as | **PROCEDURE RULE 26(C)**
   | The Olson Company; THE OLSON
22 | COMPANY, a California Company;
   | OLSON URBAN HOUSING LLC, a
23 | Delaware Limited Liability
   | Company; OLSON 737 - YORBA
24 | LINDA 41, LLC, a California
   | Limited Liability Company; IN-
25 | TOWN COMMUNITIES, LLC, a
   | California Limited Liability
26 | Company; OLSON 737 -
   | CAMARILLO 3, LLC, a California
27 | Limited Liability Company; OLSON
   | 737 - COVINA 4, LLC, a California
28 | Limited Liability Company; OLSON
   | 737 - COVINA 2, LLC, a California

| | |
|---|---|
| 1 | Limited Liability Company; OLSON 737 - ORANGE 1, LLC, a California Limited Liability Company; OLSON 737 - PACIFICA 1, LLC, a California Limited Liability Company; OLSON 737 – NATIONAL CITY 4, LLC, a California Limited Liability Company; OLSON 737 – BREA 5, LLC, a California Limited Liability Company; OLSON 737 - GLENDALE 2, LLC, a California Limited Liability Company; OLSON 737 - UPLAND 1, LLC, a California Limited Liability Company; OLSON 737 – COMPTON 1, LLC, a California Limited Liability Company; OLSON 737 – FAIRFIELD 2, LLC, a California Limited Liability Company, and DOES 1 through 100, inclusive, |
| | Defendants. |

GOOD CAUSE APPEARING from the Parties' Stipulation for a Protective Order Pursuant to Federal Rules of Civil Procedure, Rule 26(c), this Court hereby approves the terms of the Stipulation.

IT IS SO ORDERED.

DATED: July 31, 2008

       <u>ARTHUR NAKAZATO</u>
Hon. Arthur Nakazato
District Court Judge
Central District of California

LA3:1149255.1